UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDWARD W. RISLEY, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:05-CV-1600-JDT-TAB |
| ) | |
| THOMAS HANLON, ) | |
| ) | |
| Respondent. ) | |

**Entry and Order to Show Cause**

**I.**

The petitioner shall have **through November 23, 2005**, in which to either pay the $5.00 filing fee or demonstrate his financial inability to do so.

**II.**

The petitioner's custodian is directed to answer the allegations of the petitioner's petition for a writ of habeas corpus, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. This shall be done within **twenty (20) days** after the date this Entry is signed. The petitioner shall have twenty (20) days after service of such answer or return to order to show cause on him in which to reply.

A copy of the petitioner's petition and the attachments thereto shall be sent with this Entry to the Indiana Attorney General.

**IT IS SO ORDERED.**

_____
John Daniel Tinder, Judge
United States District Court

Date: 10/25/2005

Copies to:

Edward W. Risley, DOC #976979, Correctional Industrial Facility, P.O. Box 601, Pendleton, IN 46064

Office of the Indiana Attorney General, Indiana Government Center South, Fifth Floor, 402 West Washington Street, Indianapolis, IN 46204-2770

**Note to Clerk: Processing this document requires actions other than docketing and distribution.**